# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DAVID JAMES NETTLES, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-14 |
| | * | |
| v. | * | |
| | * | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's February 23, 2018, Report and Recommendation, dkt. no. 16, to which the parties failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **AFFIRMS** the decision of the Commissioner and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 19 day of March, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)